ANDRÉ BIROTTE, JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
FRANCESCO P. BENAVIDES, CSBN 258924
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8978
    Facsimile: (415) 744-0134
    E-Mail: Francesco.Benavides@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LINNIE LOUISE JACOBS,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN<br>Acting Commissioner of Social<br>Security,[1]<br><br>    Defendant. | Case No. 2:12-cv-2689-SS<br><br>**ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d)** |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1   Based upon the parties' Stipulation for the Award and Payment of Equal
2   Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall
3   be awarded attorney fees under the EAJA in the amount of THREE THOUSAND
4   DOLLARS ($3,000.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms
5   of the above-referenced Stipulation. Any payment shall be delivered to Plaintiff's
6   counsel.

8   DATED: 6/14/13                              /S/
                                    _____
9                                   HON. SUZANNE H. SEGAL
                                    UNITED STATES MAGISTRATE JUDGE